**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 98-6743**

HERMAN L. MOODY,

Plaintiff - Appellant,

versus

T. W. MCCROWSKEY; J. MINTON,

Defendants - Appellees,

and

R. A. YOUNG; GEORGE DEEDS; D. A. BRAXTON; R.
MATHENA, Captain; M. SPRADLING; J. SALYERS; L.
MULLINS; L. SHELTON; F. TAYLOR; M. E.
QUINONES; Doctor; MS. GILBERT; G. SHINAULT,

Defendants.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Glen E. Conrad, Magistrate Judge. (CA-97-211-R)

Submitted: February 16, 1999          Decided: March 10, 1999

Before WILKINS and WILLIAMS, Circuit Judges, and HALL, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Herman L. Moody, Appellant Pro Se.  William W. Muse, Assistant Attorney General, Richmond, Virginia, for Appellees.

------------

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Herman L. Moody appeals the magistrate judge's[*] orders denying relief on his 42 U.S.C. § 1983 (1994) complaint.  We have reviewed the record and the magistrate judge's opinions and orders and find no reversible error.  Accordingly, we affirm on the reasoning of the magistrate judge.  See Moody v. McCrowskey, No. CA-97-211-R (W.D. Va. Nov. 3 & Dec. 19, 1997; Mar. 26 & May 4, 1998).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

------------

[*] The parties consented to jurisdiction of the magistrate judge under 28 U.S.C.A. § 636(c) (West 1994 & Supp. 1998).